## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
:
In re:                                                                          :     Chapter 11
                                                                                      :
SPORTCO HOLDINGS, INC., et al.,[1]                   :     Case No. 19-11299 (JKS)
                                                                                      :
        Debtors.                                           :     (Jointly Administered)
                                                                                      :
---------------------------------------------------------x
RONALD FRIEDMAN, as trustee for the        :
SportCo Creditors' Liquidation Trust,                  :
                                                                                      :
        Plaintiff,                                           :     Adv. Proc. No. 20-50554 (JKS)
                                                                                      :
v.                                                                                  :     **Reference D.I. Nos. 1, 15, 16, 17, 18, 19,**
                                                                                      :     **20, 24, 26, 27, 39**
WELLSPRING CAPITAL                                     :
MANAGEMENT, LLC, WELLSPRING       :
CAPITAL PARTNERS IV, L.P., WCM         :
GENPAR IV, L.P., WCM GENPAR IV GP, :
LLC, ALEXANDER E. CARLES,                      :
WILLIAM F. DAWSON, JR., JOHN E.          :
MORNINGSTAR, and BRADLEY                  :
JOHNSON,                                                              :
                                                                                      :
        Defendants.                                       :
---------------------------------------------------------x

## **ORDER**

For the reasons set forth in the Court's Memorandum Opinion of this date, the Motions to Dismiss are granted in part and denied in part, as set forth below:

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Bonitz Brothers, Inc. (4441); Ellett Brothers, LLC (7069); Evans Sports, Inc. (2654); Jerry's Sports, Inc. (4289); Outdoor Sports Headquarters, Inc. (4548); Quality Boxes, Inc. (0287); Simmons Guns Specialties, Inc. (4364); SportCo Holdings, Inc. (0355); and United Sporting Companies, Inc. (5758). The location of the Debtors' corporate headquarters and the service address for all Debtors is 267 Columbia Ave., Chapin, South Carolina 29036.

1.   The Motions to Dismiss Count 1 are denied as to the duty of care allegations and granted as to the duty of loyalty allegations.

2.   The Wellspring Defendants' Motion to Dismiss Counts 1 and 3 is granted as to Defendants Dawson and Morningstar.

3.   The Wellspring Defendants' Motion to Dismiss Counts 2 and 4 is granted.

4.   The Motions to Dismiss Count 3 are granted as to the duty of care allegations and denied as to the duty of loyalty allegations.

5.   The Motions to Dismiss Count 5 and Counts 7 through 17 are granted.

6.   The Motions to Dismiss Count 6 are denied.

7.   The Trustee is granted leave to amend the Complaint within 30 days to replead Counts 1 through 5 and Counts 9 through 17.

Dated: September 29, 2021

_____
J. Kate Stickles
United States Bankruptcy Judge